RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ALLIE WILSON
Assistant Federal Public Defender
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Allie_Wilson@fd.org

Attorney for AARON DEL SMITH

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:22-cr-00038-MMD-CLB |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING (SEVENTH REQUEST)** |
| AARON DEL SMITH, | |
| Defendant. | |

  IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender ALLIE WILSON, counsel for AARON DEL SMITH and United States Attorney SIGAL CHATTAH, Assistant United States Attorney RANDOLPH J. ST. CLAIR, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release Hearing set April 7, 2025 at 10:00 AM be vacated and continued to June 9, 2025 at 10:00 AM.

  This Stipulation is entered into for the following reasons:

1.  The parties are awaiting the resolution of a pending state charge against Mr. Smith that is the basis of his alleged violation of supervised release before

determining an appropriate resolution of this matter.

2. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3. The defendant is currently on bond and consents to the continuance.

4. The parties agree to the continuance.

5. This is the seventh request for a continuance.

DATED April, 1, 2025.

| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
|---|---|
| By */s/ Allie Wilson*<br>ALLIE WILSON<br>Assistant Federal Public Defender<br>Counsel for AARON DEL SMITH | By */s/ Randolph J. St. Clair*<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney<br>Counsel for the Government |

2

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for April 7, 2025 at 10:00 AM be vacated and continued to June 9, 2025 at 10:00 AM.

DATED this <u>1st</u> day of April 2025.

_____
UNITED STATES DISTRICT JUDGE